AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalzell, Stewart | U.S. District Court | 05/01/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 10613 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Teacher | ▆▆▆▆▆▆▆▆▆▆ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Posel Partnership | Value of Free Movie Pass | $ 306 |
| 2. Drinker Biddle & Reath | Tax Return Preparation | $ 2000.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. Bear, Stearns Cash Account | A | Interest | K | T | | | | | |
| 3. Mellon Bank | A | Interest | J | T | | | | | |
| 4. PNC Bank | A | Interest | J | T | | | | | |
| 5. RMA Tax Free Fund | A | Dividend | J | T | | | | | |
| 6. BRE Properties, Inc. | C | Dividend | L | T | | | | | |
| 7. Vangaurd PA Tax Free Money Fund | B | Dividend | K | T | | | | | |
| 8. Village Super Market | A | Dividend | K | T | | | | | |
| 9. Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 10. U.S. Treasury strips | D | Interest | L | T | sell | 2/2 | L | E | partial sale |
| 11. Pepsico | A | Dividend | K | T | | | | | |
| 12. American International Group | A | Dividend | | | sell | 10/26 | K | A | sale on NYSE |
| 13. MBNA Corp. | A | Dividend | | | sell | 4/26 | J | B | partial sale on NYSE |
| 14. Acco Brands Corp. | A | None | | | spin-off | 8/19 | J | | spin-off received |
| 15. J.P. Morgan Bonds | B | Interest | K | T | | | | | |
| 16. MBNA Corp. | | None | | | sell | 7/6 | J | C | sale on NYSE |
| 17. Dow Chemical | A | Dividend | J | T | buy | 6/23 | J | | buy additional shares |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Weingarten Realty Inv. | A | Dividend | J | T | buy | 3/7 | J | | buy additional shares |
| 19. Citigroup | B | Dividend | K | T | sell | 3/24 | J | C | partial sale on NYSE |
| 20. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 21. General Electric | A | Dividend | K | T | | | | | |
| 22. GTE South Inc. Bonds | B | Interest | K | T | | | | | |
| 23. Sara Lee Corp. Bonds | B | Interest | K | T | | | | | |
| 24. VF Corp. | A | Dividend | J | T | buy | 1/12 | J | | buy additional shares |
| 25. Exxon Mobil | A | Dividend | K | T | sell | 5/18 | J | B | partial sale on NYSE |
| 26. SEI Daily Income Trust | D | Dividend | M | T | | | | | |
| 27. Lowes | A | Dividend | K | T | | | | | |
| 28. Chevron Texaco | B | Dividend | L | T | sell | 5/18 | J | B | partial sale on NYSE |
| 29. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 30. Goldman Sachs Group Notes | D | Interest | L | T | | | | | |
| 31. Fortune Brands | A | Dividend | K | T | | | | | |
| 32. General Dynamics | A | Dividend | K | T | | | | | |
| 33. Vodafone Group | A | Dividend | | | sell | 11/9 | J | A | sale on NYSE |
| 34. Acco Brands Corp. | | None | | | sell | 9/6 | J | A | sale on NYSE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intel | A | Dividend | K | T | | | | | |
| 36. SBC Communications/AT&T | A | Dividend | K | T | | | | | name change 11/18 |
| 37. Wells Fargo | A | Dividend | J | T | | | | | |
| 38. DuPont | A | Dividend | J | T | | | | | |
| 39. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 40. Dominion Resources | B | Dividend | K | T | | | | | |
| 41. USEC | B | Dividend | | | sell | 1/21 | K | E | partial sale on NYSE |
| 42. Xerox Credit Notes | B | Interest | K | T | | | | | |
| 43. Sherritt International Corp. | A | Dividend | K | T | sell | 3/10 | J | D | partial sale on Toronto SE |
| 44. Washington Mutual | A | Dividend | | | sell | 6/9 | J | A | sale on NYSE |
| 45. Caterpillar | A | Dividend | J | T | buy | 12/2 | J | | buy on NYSE |
| 46. Bank of America | A | Dividend | K | T | sell | 3/24 | J | A | partial sale on NYSE |
| 47. Conoco Phillips | A | Dividend | J | T | | | | | |
| 48. Int'l Business Machines | A | Dividend | J | T | buy | 11/8 | J | | buy additional shares |
| 49. Servicemaster | A | Dividend | J | T | | | | | |
| 50. PNM Resources | A | Dividend | | | sell | 1/27 | J | D | sale on NYSE |
| 51. Utilities SPDR Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Korea Electric Power Corp. | A | Dividend | K | T | | | | | |
| 53. Duke Realty Corp. | A | Dividend | | | sell | 2/16 | J | B | sale on NYSE |
| 54. Verizon Communications | A | Dividend | | | sell | 10/11 | J | A | sale on NYSE |
| 55. FNMA Bonds | A | Interest | | | call | 3/22 | K | A | full call |
| 56. USEC | A | Dividend | | | sell | 7/15 | L | E | sale on NYSE |
| 57. FHLB Bonds | B | Interest | K | T | buy | 3/2 | K | | buy in offering |
| 58. Plum Creek Timber | A | Dividend | J | T | buy | 12/2 | J | | buy on NYSE |
| 59. FHLB Bonds (new) | A | Interest | K | T | buy | 12/22 | J | | buy in offering |
| 60. International Coal | A | None | J | T | buy | 12/9 | J | | buy on NYSE |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu _____ Date _May 1, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544